ERNEST J. THOMAS,

    Plaintiff,

v.

CASE NO. CV416-262

TUBULAR STEEL, INC.,

    Defendant.

## O R D E R

Before the Court is the parties' Stipulation of Dismissal. (Doc. 15.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), an action may be dismissed pursuant to "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 24th day of March 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA